(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)

FILED
RICHARD W. NAGEL
CLERK OF COURT

2016 OCT 17  PM 3: 19

S. DISTRICT COURT
SOUTHERN DIST...

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

**Plaintiff(s)**

Joseph N Fonge

**Case No.** 2:16CV995

J. Marbley
MJ. Deavers

**vs.**

Settlement Administrator GCG et al
P.O. Box 35081, Seattle, WA 98124-3508

**Defendants(s)**

### APPLICATION/ MOTION TO PROCEED
### WITHOUT PREPAYMENT OF FEES
### (IN FORMA PAUPERIS)
### AND AFFIDAVIT IN SUPPORT THEREOF

**Instructions: In order for the Court to properly consider your application, you must answer each question below and provide the information requested. No application will be considered until it is fully completed.**

I. Are you employed?  Yes____  No_X_
  A. If you answered "Yes":
    (1) What is the name and address of your employer
    _____
    _____
    (2) How much do you earn per month?
    _____

  B. If you answered "No"
    (1) Have you ever been employed?  Yes_X_  No____
    If yes, what was the last year and month you were employed? 4/2015
    How much did you earn a month?_____

II. What is your marital status?
  Single _✓_  Married_____  Widowed_____  Divorced_____
  A. If you answered "Married":
    (1) Is your spouse employed? Yes____  No____
    If yes, how much does your spouse earn each month?
    $_____

III. Do you have any dependents?  Yes____  No _✓_
  If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

  | Name | Relationship | Amount |
  |---|---|---|
  |  |  |  |
  |  |  |  |
  |  |  |  |

IV. Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?  Yes____  No_✓_
  A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

  | Source | Amount | Source | Amount |
  |---|---|---|---|
  |  | $ |  | $ |
  |  | $ |  | $ |
  |  | $ |  | $ |

V. Do you have any cash on hand or money in a savings, checking, or other account?
   Yes____   No ✓

   A. If you answered "Yes", state the combined total amount:
      $_____.

VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?
    Yes____   No ✓
    A. If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:

| Creditor | Amount Owed | Creditor | Amount Owed |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

VIII. State your address and telephone number where the Court can reach you.

   35 Crest Ave Apt 1
   Chelsea MA 02150
   (585) 208 6540

I declare under penalty of perjury that the above information is true and correct.

10/12/2016                    Joseph N Jonge
Date                          Signature of Applicant

-3-