# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH N. FONGE, | |
| Plaintiff, | Case No. 2:16-cv-995 |
| v. | JUDGE ALGENON L. MARBLEY |
| SETTLEMENT ADMINISTRATOR, *et al.*, | Magistrate Judge Deavers |
| Defendants. | |

## ORDER

This matter comes before the Court on Magistrate Judge Deavers's December 27, 2016 **Initial Screen Report and Recommendation** (Doc. 4), which recommended that Plaintiff's complaint be dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

The Report and Recommendation specifically advised the parties that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. (Doc. 4 at 5–6.) The parties have failed to file any objections, and the deadline for objections (January 10, 2017) has lapsed.

The Court hereby **ADOPTS** the Initial Screen Report and Recommendation (Doc. 4) based on the independent consideration of the analysis therein. This case is hereby **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

                  s/ Algenon L. Marbley
                  **ALGENON L. MARBLEY**
                  **UNITED STATES DISTRICT JUDGE**

**DATED: February 9, 2017**